Certificate Number: 05781-TNE-DE-041336371

Bankruptcy Case Number: 26-12021

05781-TNE-DE-041336371

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2026, at 3:13 o'clock PM PDT, Richard Pearce As Attorney In Fact for Jennifer Green completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date: August 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President